UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

              Plaintiff,

                                      [PROPOSED] ORDER
                                        DEFAULT JUDGMENT

        - against -                                Civil Action No. 13-4796
                                                  (Wexler, J.)
                                                  (Lindsay, M.J.)

GREGRORY HARDWARE & LUMBER, LLC,
GREGORY BITTERMAN, and
GREGORY PAINT SHOPPE, LLC,

,

              Defendants.
--------------------------------------------------------------X

      The Summons and Complaint in this action having been served on the above-named

Defendants on September 16, 2013 and said Defendants having failed to plead or otherwise

defend in this action, and said default having been duly noted, and upon the annexed declaration

for default judgment,

          NOW, on motion of ROBERT L. CAPERS, United States Attorney for the

Eastern District of New York, Jolie Apicella, Assistant U.S. Attorney of counsel, the attorney for

the Plaintiff, it is hereby

          ORDERED AND ADJUDGED, that UNITED STATES OF AMERICA, the

Plaintiff, recovers of

      Defendant GREGORY BITTERMAN, having an address of 390 East Shore Road,

Great Neck, NY 11023, Defendant GREGORY HARDWARE & LUMBER, LLC, having an

address at 251 East Shore Road, Great Neck, NY 11023, and Defendant GREGORY PAINT

SHOPPE, LLC, having an address at 251 East Shore Road, Great Neck, NY 11023, the sum of

$1,424,510.85 with interest from July 15, 2016, through the date of entry of judgment at the

rate of 5.647 percent per annum, that is, $161.53 per day, and with interest thereafter at the

legal post-judgment rate, pursuant to 28 U.S.C. § 1961; and that the Plaintiff have execution

therefore.

Judgment signed this 23rd day of _September_ , 2016.

_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

2